[No. 60816-9-I.   Division One.   September 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN F. FROST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09222-4, Harry J. McCarthy, J., entered October 4, 2007. *Reversed* by unpublished per curiam opinion.

[No. 61029-5-I.   Division One.   September 2, 2008.]

BRANDI AYALA ET AL., *Respondents*, v. CONTINENTAL SERVICES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-02570-5, Richard J. Thorpe, J., entered November 28, 2007. *Reversed* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[Nos. 61039-2-I; 61186-1-I.   Division One.   September 2, 2008.]

STEADFAST CONSTRUCTION, INC., *Appellant*, v. ROBERT APTER ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 07-2-35329-1, Laura Gene Middaugh, J., entered November 21, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[Nos. 34451-3-II; 34461-1-II.   Division Two.   September 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PHILIP DOUGLAS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-1-03902-1, Bryan E. Chushcoff, J., entered February 10, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.